# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | | |
|---|---|---|
| OTTO C. SUSEC, JR., M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:21-cv-00064-RLY-MPB |
| TEAM HEALTH a/k/a EMERGENCY PROFESSIONALS OF INDIANA, PC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Otto C. Susec, Jr. M.D., and Defendant, Team Health a/k/a Emergency Professionals of Indiana, P.C., have filed a Stipulation of Dismissal with Prejudice in the above-captioned matter.

IT IS HEREBY ORDERED that this lawsuit and all of the claims brought herein are DISMISSED *with prejudice*.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorneys' fees.

SO ORDERED this 3rd day of March, 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record